**Paul Chocolas, defendant in error, v. Julia Harchany and Tony Harchany, plaintiffs in error.**

Action for personal injuries. Judgment for plaintiff. Error to the Circuit Court of Madison county; the Hon. J. Frank Gillham, Judge, presiding. Heard in this court at the March term, 1927. Reversed and remanded. Opinion filed May 14, 1927.

Harold J. Bandy, for plaintiffs in error. A. R. Johnson and Willis H. Clark, for defendant in error; Harry Faulkner, of counsel.

Mr. Presiding Justice Barry delivered the opinion of the court.

---

**J. W. Davis, appellant, v. D. R. Gaskins, appellee.**

Action on promissory note. Judgment for defendant. Appeal from the Circuit Court of Saline county; the Hon. D. T. Hartwell, Judge, presiding. Heard in this court at the March term, 1927. Affirmed. Opinion filed May 14, 1927.

John H. Meyer, for appellant. John W. Browning and Oral P. Tuttle, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. August Duchow, plaintiff in error.**

Conviction for unlawful possession of intoxicants. Error to the County Court of Fayette county; the Hon. C. R. Torrence, Judge, presiding. Heard in this court at the March term, 1927. Affirmed. Opinion filed May 14, 1927. Rehearing denied July 29, 1927.

F. M. Guinn, for plaintiff in error. W. P. Welker, for defendant in error.

Mr. Presiding Justice Barry delivered the opinion of the court.

---

**Lincoln Bancroft, appellant, v. H. O. Lewis, appellee.**

Action for damages to automobile and personal injuries from automobile collision. Judgment for defendant. Appeal from the Circuit Court of St. Clair county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the March term, 1927. Reversed and remanded. Opinion filed May 14, 1927.

Provine & Provine, for appellant. Brown & Burnside, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

---

**Frank Shay, administrator of the estate of Catherine Shay, appellee, v. J. J. Seibel, appellant.**

Action for wrongful death. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Heard in this court at the March term, 1927. Affirmed. Opinion filed May 14, 1927.

Kramer, Kramer & Campbell, for appellant. McGlynn & McGlynn, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.